**Order entered January 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00635-CR
No. 05-13-01385-CR
No. 05-13-01386-CR

**DAARON BUYCKS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-33600-N, F12-34766-N**

## ORDER

The Court **REINSTATES** the appeals in cause nos. 05-13-01385-CR and 05-13-01386-CR. On December 18, 2013, we ordered the trial court to make findings regarding why the clerk's records had not been filed in cause nos. 05-13-01385-CR and 05-13-01386-CR. On December 27, 2013, we received the clerk's records. Therefore, in the interest of expediting the appeals, we **VACATE** the December 18, 2013 order requiring findings.

Appellant's brief is due in all three appeals within **THIRTY DAYS** of the date of this order.

/s/     DAVID EVANS
        JUSTICE